Philip G. Jones (1748)  
Chapter 7 Trustee  
853 West Center Street  
Orem, Utah 84057  
Telephone: (801) 224-2119  
Fax: (801) 224-6345  

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: | Case No. 08-28272 |
|---|---|
| CALVIN S. EYRE | Chapter 7 |
| KELSEY EYRE | Judge: WILLIAM T. THURMAN |
| Debtor(s). | |

**DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

__x__ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

____ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
|---|---|---|
| 1 | Mountain Utah Family Med<br>850 N. Main<br>Suite 3<br>Richfield, UT 84701 | 2.92 |



A check in the amount of $2.92 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 22nd day of December, 2010.

PHILIP G. JONES
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 22nd day of December, 2010:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

ROBERT A. EDER JR.
5667 S. REDWOOD RD, SUITE 8
Salt Lake City, UT 84123